**Electronically Filed
Supreme Court
SCWC-17-0000898
11-APR-2022
12:13 PM
Dkt. 17 ODMR**

SCWC-17-0000898

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

SAMSON K. KEANAAINA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000898; CR. NO. 3CPC-17-0000154)

ORDER
(By: Recktenwald, C.J., Nakayama, J.,
and Circuit Judge Crabtree, assigned by reason of vacancy,
and McKenna, J., dissenting, with whom Wilson, J., joins)

Upon consideration of Petitioner's motion for

reconsideration of the opinion filed March 22, 2022, and the

record herein,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, April 11, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Jeffrey P. Crabtree

